UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>       v.<br><br>IMPERIAL PETROLEUM, INC., JEFFREY WILSON, CRAIG DUCEY, CHAD DUCEY, BRIAN CARMICHAEL, JOSEPH FURANDO, EVELYN KATIRINA PATTISON (a/k/a Katirina Tracy), CARAVAN TRADING, LLC, CIMA GREEN, LLC and CIMA ENERGY GROUP,<br><br>             Defendants. | Case No. 1:13-cv-1489-WTL-MJD |

## ORDER

The United States of America has moved the Court to intervene in the above-entitled action and to stay these proceedings.

WHEREFORE, the Court being sufficiently advised, now GRANTS the motion to intervene and hereby orders that this case is STAYED in its entirety until the conclusion of all related criminal litigation (*i.e.*, criminal cases 1:13-cr-0189, 1:13-cr-0190 and 1:13-0194).

10/30/2013
Date

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF