# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CAUSE NO. 1:13-cv-1489-WTL-MJD ) |
| IMPERIAL PETROLEUM, INC., et al., | ) ) |
| Defendants. | ) |

## ENTRY ADMINISTRATIVELY CLOSING CASE

This case has been stayed pending the resolution of three related criminal cases (1:13-cr-189-SEB-TAB; 1-13-cr-190-SEB-TAB; and 1:13-cr-194-SEB-TAB). **The Clerk is now directed to administratively close this case.** The case shall be reopened upon motion of any party, which shall be filed within thirty days of the date the last of the related criminal cases is resolved.

SO ORDERED:  1/06/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification