**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES<br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>                              Plaintiff,<br><br>          v.<br><br><br>IMPERIAL PETROLEUM, INC.,<br>ET AL.,<br><br><br>                              Defendants. | Civil Action No. 1:13-cv-01489-WTL-MJD |

**FINAL JUDGMENT AS TO DEFENDANTS**
**CARAVAN TRADING COMPANY, LLC AND CIMA GREEN, LLC**

The Securities and Exchange Commission having filed a Complaint and Defendants

Caravan Trading Company, LLC and Cima Green, LLC ("Defendants") having entered a general

appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this

action; consented to entry of this Final Judgment; waived findings of fact and conclusions of

law; and waived any right to appeal from this Final Judgment.

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants are

permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5(a)

and (c) promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality

of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)     to employ any device, scheme, or artifice to defraud; or

(b)     to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendants' officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendants or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants are permanently restrained and enjoined from violating Sections 17(a)(1) and (3) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a)     to employ any device, scheme, or artifice to defraud; or

(b)     to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendants'

officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or

participation with Defendants or with anyone described in (a).

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants are

jointly and severally liable with each other and with Defendant Joseph Furando for disgorgement

of $28,519,755.27, representing profits gained as a result of the conduct alleged in the

Complaint, together with prejudgment interest thereon in the amount of $4,794,439.51, for a total

of $33,314,194.78 which shall be deemed satisfied by the Order of Restitution entered against

the Defendants in *United States v. Joseph Furando*, Case No. 1:13-cr-189 (S.D. Ind.).

Based on the criminal fines imposed against them in *United States v. Furando*, the

Commission has determined to withdraw its claims for civil monetary penalties against

Defendants.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of

exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the

allegations in the complaint are true and admitted by Defendants, and further, any debt for

disgorgement, prejudgment interest, civil penalty or other amounts due by Defendants under this

Final Judgment or any other judgment, order, consent order, decree or settlement agreement

entered in connection with this proceeding, is a debt for the violation by Defendants of the

federal securities laws or any regulation or order issued under such laws, as set forth in Section

523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

incorporated herein with the same force and effect as if fully set forth herein, and that

Defendants shall comply with all of the undertakings and agreements set forth therein.

VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated:  11/28/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF

By U.S. Mail to:
Caravan Trading, LLC and Cima
Energy Group
c/o Joseph Furando
65853-050
FCI Otisville
PO Box 1000
Otisville, NY 10963

Evelyn Katirina Pattison
305 W. Ridgewood Ave.
Ridgewood, NJ

Chad Ducey
11801-028
FCI Terre Haute
PO Box 33
Terre Haute, IN 47808

Imperial Petroleum, Inc.
c/o Corporation Trust Co of
Nevada
311 S. Division St.
Carson City, NV 89703

Craig Ducey
11802-028
Ashland FCI
PO Box 6001
Ashland, KY 41105